UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In Re:                                                                    Case No. 8:18-bk-07707-MGW
                                                                          Chapter 7
Robin Hicks Brooks

_____ Debtor(s)/

**TRUSTEE'S REPORT OF UNCLAIMED FUNDS**

COMES NOW, Stephen L. Meininger, as Trustee of the above-captioned matter, and respectfully states that, pursuant to the orders of distribution, he has disbursed the entire amount in the Trustee's account, and all checks have cleared with the exception of the following:

| Claim # | Check # | Claimant | Amount |
|---|---|---|---|
| 9 | 114 | Central Florida Imaging<br>6801 US Highway 27th North<br>Sebring, FL 33870 | $1,147.94 |

More than ninety (90) days have elapsed since the declaration and distribution of the final dividend, and pursuant to 11 U.S.C. § 347 and Fed. R. Bankr. P. 3011, the Trustee shall provide a check made payable to the Clerk, U.S. Bankruptcy Court in the amount of $1,147.94 for deposit in the "unclaimed funds account," and states that the claimants entitled thereto are as listed above.

I hereby certify that a true and correct copy of the above and foregoing has been furnished to the U.S. Trustee, 501 E. Polk Street, Ste. 1200, Tampa, FL, 33602 on this 13th day of November 2020.

_____
STEPHEN L. MEININGER, TRUSTEE
707 North Franklin Street, Suite 850
Tampa, Florida 33602
Phone (813) 301-1025