UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In Re:

Robin Hicks Brooks

_____Debtor(s)/

Case No. 8:18-bk-07707-MGW
Chapter 7

### TRUSTEE'S REPORT OF UNCLAIMED FUNDS

COMES NOW, Stephen L. Meininger, as Trustee of the above-captioned matter, and respectfully states that, pursuant to the orders of distribution, he has disbursed the entire amount in the Trustee's account, and all checks have cleared with the exception of the following:

| Claim # | Check # | Claimant | Amount |
|---|---|---|---|
| 2 | 107 | U.S. Department of Education<br>c/o Nelnet<br>121 S 13th St., Suite 201<br>Lincoln NE 68508 | $36,664.46 |

More than ninety (90) days have elapsed since the declaration and distribution of the final dividend, and pursuant to 11 U.S.C. § 347 and Fed. R. Bankr. P. 3011, the Trustee shall provide a check made payable to the Clerk, U.S. Bankruptcy Court in the amount of $36,664.46 for deposit in the "unclaimed funds account," and states that the claimants entitled thereto are as listed above.

I hereby certify that a true and correct copy of the above and foregoing has been furnished to the U.S. Trustee, 501 E. Polk Street, Ste. 1200, Tampa, FL, 33602 on this 30th day of December, 2020.

_____
STEPHEN L. MEININGER, TRUSTEE
707 North Franklin Street, Suite 850
Tampa, Florida 33602
Phone (813) 301-1025